**390 A.2d 311**

Moody, et al. v. Nationwide Insurance
Company, Appellant.

Argued March 21, 1978.
James M. Marsh, for appellant; David N. Rosen, for appellees.

Judgment affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.

**390 A.2d 311**

Murawski v. Maisey (et al., Appellant).

Argued March 22,
1978. A. Arthur Hanamirian, for appellant; Joseph Litt, for appellee, Murawski.

Order affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.